UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD S. VARNER,

    Petitioner,

vs.                        CASE NO. 08-11162
                            HON. LAWRENCE P. ZATKOFF

HUGH WOLFENBARGER,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Lawrence P. Zatkoff, United States District Judge, presiding, and in accordance with the Opinion and Order entered on June 8, 2010;

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Port Huron, Michigan, this 8th day of June, 2010.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

APPROVED:                          BY:    S/Marie E. Verlinde
                                                               DEPUTY CLERK

s/Lawrence P. Zatkoff
HON. LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**S:\Zatkoff\Marie ECF\varner.judgment.wpd**